

DALLAS | AUSTIN | BATON ROUGE | NEW ORLEANS | LOS ANGELES
SAN DIEGO | NEW JERSEY | NEW YORK | WASHINGTON, D.C.

800.887.6989
818.839.2333
email jmann@baronbudd.com

Encino Plaza
15910 Ventura Blvd.
Suite 1600
Encino, CA 91436

January 9, 2019

**VIA ECF**

Hon. Karen M. Williams, U.S.M.J.
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  Re: Gibson, et al. v Pole & Pitt, LLC, et al., 1:17-cv-6570-JHR-KMW

Dear Mag. Judge Williams:

  Plaintiffs and Defendant Pole & Pitt are engaged in settlement discussions and, in order to further those discussions and avoid accruing additional unnecessary costs, respectfully request that the court adjourn the current deadlines for expert discovery and dispositive motion practice by thirty days.

         Respectfully Submitted,

         */s/Jonas P. Mann*

         Jonas P. Mann

cc: Danielle DeGeorgio, Esq. (via ECF)