DALLAS | AUSTIN | BATON ROUGE | NEW ORLEANS | LOS ANGELES
SAN DIEGO | NEW JERSEY | NEW YORK | WASHINGTON, D.C.

800.887.6989
818.839.2333
email jmann@baronbudd.com

Encino Plaza
15910 Ventura Blvd.
Suite 1600
Encino, CA 91436

February 15, 2019

**VIA ECF**

Clerk of the Court
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    *Gibson, et al. v Pole & Pitt, LLC, et al.*, 1:17-cv-6570-JHR-KMW

Dear Clerk:

Pursuant to Local Civil Rule 7.1(d)(5), Plaintiffs request an adjournment of Defendant Pole & Pitt LLC's motion for summary judgment (Dkt. 32). No previous extension of this motion has been requested.

The originally noticed motion day was March 18, 2019, accordingly Plaintiffs request an adjournment to April 1, 2019.

Respectfully Submitted,

/s/ Jonas P. Mann

Jonas P. Mann

cc: Danielle DeGeorgio, Esq. (via ECF)