# FAUST GOETZ SCHENKER & BLEE LLP

ATTORNEYS AT LAW

570 WEST MT. PLEASANT AVENUE

LIVINGSTON, NEW JERSEY 07039

973-422-9600

FAX 973-422-9666

www.fgsb.com

March 4, 2019

*SENT VIA ECF*
United States Magistrate Karen M. Williams
Mitchell H. Cohen U.S. Courthouse
Court Room 1050
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, New Jersey  08101

   RE: <u>C.J. Gibson, et al. v. Pole & Pitt, LLC, et al.</u>
     File No.: 15176-NWJ
     Docket No.: 1:17-CV-06570-JHR-KMW

Dear Judge Williams:

  This office represents defendant, Pole & Pitt, LLC, in the above matter.  I am writing to advise the Court that a resolution was reached between plaintiffs and the defendant Pole & Pitt, LLC.  As a result, defendant Pole & Pitt, LLC hereby withdraws its Motion for Summary Judgement pending with the Court on April 1, 2019.

  An Order of Dismissal as to this defendant will be submitted once the settlement papers are finalized.

  Please do not hesitate to contact our office with any questions.

          Respectfully submitted,

         FAUST GOETZ SCHENKER & BLEE, LLP

         By: s/Danielle DeGeorgio
           Danielle M. DeGeorgio

DMD/gmw
cc: Jonas P. Mann, Esq. – via email jmann@baronbudd.com