Jonas P. Mann
jmann@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard
Suite 1600
Encino, California  91436
Ph.: (818)839-2333
Fax: (214)520-1181

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CIELO JEAN GIBSON, et al., | Case No. 1:17-cv-06570-JHR-KMW |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS DEFENDANT POLE & PITT LLC** |
| v. | |
| POLE & PITT LLC, et al., | |
| Defendants. | |

Plaintiffs, Cielo Jean Gibson, Ursula Mayes, Rachel Koren, Ina Schnitzer, Tiffany Toth, and Katarina Van Derham and Defendant Pole and Pitt LLC through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS the Plaintiffs and Defendant Pole and Pitt LLC have reached a confidential settlement agreement and therefore jointly agree to dismiss Defendant Pole and Pitt LLC, only, with prejudice.

THEREFORE, under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal of Defendant Pole and Pitt LLC, only, without costs or attorneys' fees to any party.

Dated: July 3, 2019                    Respectfully submitted,

By: /s/ Jonas P. Mann

Jonas P. Mann
jmann@baronbudd.com
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Ph.: (818)839-2333

Attorneys for Plaintiffs

Dated: July 3, 2019                    By: /s/ Danielle M. DeGeorgio

Danielle M. DeGeorgio
FAUST GOETZ SCHENKER & BLEE LLP
570 West Mt. Pleasant Suite 201
Livingston, NJ 07039
Ph.: (973)422-9600
Email: ddegeorgio@fgsb.com

Attorney for Defendant Pole & Pitt LLC

Pursuant to stipulation, Defendant Pole & Pitt LLC is dismissed with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.**

Dated: July 9, 2019

Hon. Joseph H. Rodriquez
United States District Judge