# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

CIELO JEAN GIBSON, URSULA
MAYES, RACHEL KOREN, INA
SCHNITZER, TIFFANY TOTH,
AND KATARINA VAN DERHAM,

      Plaintiffs,

   v.

POLE & PITT LLC AND HARDING
BRASS, LLC d/b/a POLE POSITION
GENTLEMEN'S CLUB,

      Defendants.

**ORDER GRANTING
MOTION TO SEAL**

Hon. Joseph H. Rodriguez
Civ. Action No. 17-6570

This matter having come before the Court on Plaintiffs' Motion [Dkt. No. 42] to File Exhibit A to the Declaration of Stephen Chamberlin [Dkt. No. 41] under seal; and the Court having reviewed the submission of the Plaintiffs and no opposition having been filed; and for good cause having been shown;

IT IS on this 26th Day of February, 2020 hereby

ORDERED that Plaintiffs' Motion to Seal is GRANTED.

              s/ Joseph H. Rodriguez
              Hon. Joseph H. Rodriguez
              U.S. District Court Judge