**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CIELO JEAN GIBSON, URSULA MAYES, RACHEL KOREN, INA SCHNITZER, TIFFANY TOTH, and KATARINA VAN DERHAM,<br><br>  Plaintiffs,<br><br>  v.<br><br>POLE & PITT LLC and HARDING BRASS LLC d/b/a POLE POSITION GENTLEMEN'S CLUB,<br><br>  Defendants. | Docket No. 1:17-cv-06570-JHR-KMW<br><br>**ORDER**<br><br>Hon. Joseph H. Rodriguez |

   This matter having come before the Court on Plaintiffs' Supplemental Brief in Further Support of Plaintiffs' Motion for Default Judgment Against Harding Brass LLC [Dkt. No. 46]; the Court having reviewed the submission of the Plaintiffs; and for good cause shown;

   IT IS on this 29th day of June, 2020 hereby

   ORDERED that a hearing, in accordance with Fed. R. Civ. P. 55(b)(2), shall be held on Tuesday, August 4, 2020, at 11:00 a.m., via Zoom Video Conference, to determine the amount of damages Plaintiffs are entitled to, as to Defendant Harding Brass, LLC; and

   ORDERED that Plaintiffs shall file any documents in support of the damages they seek from Defendant Harding Brass, LLC; and

   ORDERED that Plaintiffs' submissions are due on or before July 24, 2020.

                                                               _____/s/ Joseph H. Rodriguez_____

                                                                  Hon. Joseph H. Rodriguez
                                                                  U.S. District Court Judge